■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CLARK, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Marasco, J.), rendered January 5, 1984, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTIME COULTER, Also Known as AL, Also Known as BOO, Appellant.—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hillery, J.), rendered May 9, 1983.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.